```
1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JEREMY K. BEECHER (Cal. Bar No. 301272)
4  Assistant United States Attorney
   General Crimes Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-5429
7       Facsimile: (213) 894-0141
        E-mail:    Jeremy.Beecher@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-MJ-04328-DUTY |
|---|---|
| Plaintiff, | |
| v. | <u>MOTION TO DISMISS COMPLAINT</u> |
| KEVEN PULIDO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeremy K. Beecher, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint in the above-captioned case,

//
//
//
//
//

charging defendant with escape in violation of 18 U.S.C. § 751.

The government requests that this dismissal be without prejudice.

Dated: January 24, 2024               Respectfully submitted,

                                                E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

    /s/
JEREMY K. BEECHER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2