E. MARTIN ESTRADA
United States Attorney
JEREMY K. BEECHER (Cal. Bar No. 301272)
Assistant United States Attorney
312 North Spring Street, 11th Floor
Los Angeles, California 90012
Telephone:  (213) 894-5429
E-mail:  Jeremy.Beecher@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 19-MJ-04328-DUTY |
| v. | |
| KEVEN PULIDO, | **ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT** |
| DEFENDANT | |

    A Magistrate's Complaint having been filed before United States Magistrate Judge Alexander F. MacKinnon in Los Angeles, California, against the above-named defendant, charging violation of Title 18, United States Code, Section 751, and the United States Attorney having moved for a dismissal of the complaint,

    IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant KEVEN PULIDO without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: _____

                                        United States Magistrate Judge

Presented by:

_____/s/_____
JEREMY K. BEECHER
Assistant United States Attorney

**Complaint Filed: October 11, 2019**

**Is the person in custody?**
YES ☒
NO ☐